UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 14 B 38189
 CHAPTER 13
Tadeusz Gaszcz
Maria Eva Jasinska  JUDGE TIMOTHY A BARNES

DEBTORS  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O Marshall files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Freedom Mortgage Corp

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 4 | XXXXXXXX9875 | $137.38 | $137.38 | $137.38 |
| Total Amount Paid by Trustee | | | | $137.38 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14 B 38189

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 8th day of February, 2018.

Tadeusz Gaszcz, Maria Eva Jasinska, 250 W Parlament Place Unit 201, Mount Prospect, IL  60056

ELECTRONIC SERVICE - Alicja M Sroka & Associates PC, 7742 W Higgins Rd #C102, Chicago, IL  60631

Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN  46037

ELECTRONIC SERVICE - United States Trustee

Date:  February 08, 2018         /s/ Marilyn O Marshall
　　　　　　　　　　　　　　　　Marilyn O Marshall
　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　224 S Michigan Ave
　　　　　　　　　　　　　　　　Ste 800
　　　　　　　　　　　　　　　　Chicago, IL  60604